UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.5:06-CR-000298-1D

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | ORDER |
| VS. | ) | |
| | ) | |
| TRAVIS BROCK BYRD | ) | |

THIS MATTER COMING before the Court on the Defendant's motion to continue the hearing on the petition for revocation of his supervised release and to consolidate that hearing with his new criminal charges in 5:18-MJ-1359, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

WHEREFORE, IT IS ORDERED that the the hearing on the petition for revocation of his supervised release in this case is continued from the June 4, 2018 term.

WHEREFORE IT IS ALSO ORDERED that the the hearing on the petition for revocation of his supervised release is ~~consolidated~~ Continued pending resolution of ~~with th~~e Defendant's new criminal charges in 5:18-MJ-1359.

SO ORDERED.

This _29_ day of May, 2018.

_____
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE