UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-00298-D-1

| UNITED STATES | ) | |
|---|---|---|
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| TRAVIS BYRD | ) | |

THIS MATTER COMING before the Court on the Defendant's motion to seal the motion to continue, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

SO ORDERED.

This __10__ day of January, 2019.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE